*In re* JUAN CAPESTANY RODRÍGUEZ.

*Número:* TS-4065          *Resuelto:* 7 de febrero de 2006

*Juan Capestany Rodríguez*, peticionario.

## RESOLUCIÓN

Examinada la Moción para Reinstalación, presentada por el Sr. Juan Capestany Rodríguez, *se autoriza la reinstalación inmediata de éste al ejercicio de la abogacía y la notaría.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*